AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| Donald Burgess | ) | Case No.   5:25-mj-353 (MJK) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant(s)** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date(s) of October 28, 2025 in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, U.S.C., § 922(g)(1). | Possession of a Firearm by a Previously Convicted Felon. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒    Continued on the attached sheet.

_____
*Complainant's signature*

Richard Gardinier, ATF Special Agent
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    October 29th, 2025

_____
*Judge's signature*

City and State:    Syracuse, New York        Hon. Mitchell J. Katz, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Richard Gardinier, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of a criminal complaint charging Donald BURGESS, the defendant, with violating Title 18, United States Code, Section 922(g)(1), possession of a firearm by a previously convicted felon.

2.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since January 2, 2017. I have attended the Federal Law Enforcement Training Center (FLETC), located in Glynco, Georgia, where in I was enrolled in, and successfully completed, both Criminal Investigator Training Program (CITP) and Special Agent Basic Training (SABT). During the course of my training, I received instruction on physical surveillance, interviewing sources of information and defendants, reviewing telephone and financial records, applying for and serving search warrants, firearms trafficking, etc. Prior to my time with ATF, I was employed by the United States Secret Service, Uniformed Division (USSS/UD) for four years. I was enrolled in and successfully completed the Uniformed Police Training Program (UPTP) at FLETC, as well as New Officer Training with the USSS/UD, located in Beltsville, Maryland.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**FACTS ESTABLISHING PROBABLE CAUSE**

4.      On October 28, 2025, law enforcement officers were working a detail in uniform at the Syracuse Walsh Regional Transportation Center ("RTC") in Syracuse, New York. In the early evening hours, officers observed an individual named Donald BURGESS exiting bus #74 at the RTC. BURGESS is known by law enforcement to have several outstanding arrest warrants. Specifically, BURGESS has outstanding arrest warrants from the Onondaga County Sheriff's Office for Aggravated Unlicensed Operation in the Second Degree, and from the Syracuse Police Department for Criminal Trespass in the Second Degree.  Both warrants were confirmed valid earlier in the day on October 28, 2025.

5.      BURGESS was observed exiting the bus and retrieving a bag from the bus's storage area. After BURGESS collected his baggage, officers confirmed BURGESS' identity and then approached and arrested him pursuant to the warrants.

6.      Officers searched BURGESS and the bags in his hand incident to his arrest and recovered the following:

    a.   A Hi-point, model JCP, 40 caliber pistol bearing serial number 7134842;

    b.   A Taurus International, model PT92 AFS-D, 9mm caliber pistol bearing serial number TL064822;

    c.   A Ruger, model SR22, .22lr caliber pistol bearing serial number 368-62178;

    d.   A Palmetto Armory, 9mm caliber pistol bearing serial number FG213753;

    e.   A Browning, model BDA-380, .380 caliber pistol bearing serial number 425PX06222;

    f.   Several magazines loaded with .22lr, .380 and 9mm caliber ammunition, one of which was a high-capacity magazine;

g.  Two black android mobile devices;

h.  A Driver's license in the name Donald Burgess.

7.    During a subsequent post-*Miranda* interview, BURGESS admitted to possessing the firearms that were in his bag and travelling with them from Georgia with intent to sell them in the Northern District of New York.

8.    On September 30, 2011, in Onondaga County Court, BURGESS was convicted of Criminal Possession of a Controlled Substance in the Third Degree and sentenced to three years' imprisonment. As a result, BURGESS is prohibited from possessing any firearm or ammunition.

9.    Having previously been admitted in federal court as an expert in interstate nexus, I examined the firearms after BURGESS' arrest. Based off of my research, along with BURGESS' admissions about having traveled from Georgia with the firearms, I believe that each of these firearms and ammunition, being possessed in the state of New York, have affected interstate and/or foreign commerce. Specifically, for example, I know that the Hi-point, model JCP, 40 caliber pistol bearing serial number 7134842 was manufactured in the state of Ohio and thus has travelled in interstate commerce.

10.    In light of the foregoing, I respectfully submit there is probable cause to believe Donald BURGESS has violated Title 18, United States Code, 922(g)(1). I respectfully request the Court authorize the filing of this complaint and issue an arrest warrant so that the defendant may be arrested and brought to court for further proceedings in accordance with the law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Richard Gardinier
ATF Special Agent

3

I, the Honorable Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by video conference on October 29th, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Honorable Mitchell J. Katz
U.S. Magistrate Judge